The Honorable John H. Chun

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TIMOTHY FILIPOWSKI, <br><br> Plaintiff, <br><br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Civil Action No.: 2:22-cv-00590-JHC <br><br> **ORDER OF DISMISSAL** |

BASED ON THE STIPULATION OF THE PARTIES, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

DONE IN OPEN COURT this 18th day of January, 2023.

_____
HONORABLE JOHN H. CHUN
United States District Judge

ORDER OF DISMISSAL
Civil Action No: 2:22-cv-00590-JHC

1

Osterhout Berger Disability Law
2002 San Marco Boulevard, Suite 203
Jacksonville, FL 32207
Phone: 904.733.2817